*Kent Drager*, senior assistant public defender, in opposition.

Decided November 7, 2006

## JOAN DEAN ET AL. *v.* ZONING COMMISSION OF THE CITY OF NORWALK

The petition by the intervening defendant Five Mile River Works, Inc., for certification for appeal from the

Appellate Court, 96 Conn. App. 561 (AC 26372), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David Fite Waters*, in support of the petition.

Decided November 7, 2006